Roland M. Juarez (State Bar No. 160793)
rjuarez@hunton.com
Jason J. Kim (State Bar No. 221476)
kimj@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiff
CBIZ BENEFITS &
INSURANCE SERVICES, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CBIZ BENEFITS & INSURANCE SERVICES, INC., a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FLAHERTY, an individual; BONNIE FLAHERTY, an individual; and ONE BENEFIT SOURCE, a California corporation; and DOES 1-10,<br><br>Defendants. | CASE NO.: CV11-8670 JGB (JCGx)<br><br>**ORDER RE: VOLUNTARY DISMISSAL**<br><br><br><br>Complaint filed: October 19, 2011 |

[PROPOSED] ORDER RE:
VOLUNTARY DISMISSAL

## ORDER

The Court, having considered the parties' Joint Stipulated Dismissal with Prejudice, and good cause appearing, hereby GRANTS the Parties' Joint Stipulated Dismissal. IT IS ORDERED THAT the matter is dismissed with prejudice.

JS-6

IT IS SO ORDERED.

Dated: March 20, 2013

_____
Jesus G. Bernal
United States District Judge

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

74410.000010 EMF_US 44807812v1

1
[PROPOSED] ORDER RE:
VOLUNTARY DISMISSAL